# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CR-11-0030 (KAM) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Nicky Rizzo | Preliminary Order of Forfeiture |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshals Service - EDNY

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
225 Cadman Plaza East

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LORETTA E. LYNCH, United States Attorney
Eastern District of New York
271 Cadman Plaza East, Seventh Floor
Brooklyn, New York 11201
Attn: AUSA Tanya Y. Hill

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Please execute the Preliminary Order of Forfeiture dated September 28, 2011 and judicially seize the below referenced assets and deposit the funds into the Seized Asset Deposit Fund pending further instructions.
11-FBI-001205 ($403,590 seized from safe deposit box #130000179); 11-FBI-001221 ($5,520 in USC); and 11-FBI-005942 ($190,890 in USC)

Signature of Attorney or other Originator requesting service on behalf of:
*Tanya Y Hill by MA* AUSA Tanya Y. Hill
☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (718) 254-6144
DATE: October 24, 2011

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | 53 | 53 | *Casuella* | 10/24/11 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service: 10/24/11   Time: pm
Signature of U.S. Marshal or Deputy: *Casuella*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 55.00 | | | 55.00 | | | |

REMARKS: $403,590.00 (11-FBI-001205), $5,520.00 (11-FBI-001221) and $190,890.00 (11-FBI-005942) transferred to Judicial Action on 10/24/2011.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|